UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERNESTINE A. KING,

    Plaintiff,                                   Case No. 14-cv-11157

v.                                                 HONORABLE STEPHEN J. MURPHY, III

CAROLYN W. COLVIN,

    Defendant.

                                   /

**ORDER ADOPTING REPORT AND RECOMMENDATION** (document no. 19)**, GRANTING COLVIN'S MOTION FOR SUMMARY JUDGMENT** (document no. 17)**, DENYING KING'S MOTION FOR SUMMARY JUDGMENT** (document no. 15)**, AND DISMISSING CASE**

The Social Security Administration denied plaintiff and claimant Ernestine King's application for a period of disability and disability insurance benefits in a decision issued by an Administrative Law Judge on October 22, 2010. *See* Tr. 16, ALJ Decision, ECF No. 12-3. An appeal and remand followed, and a second Administrative Law Judge again found King not disabled. *See* Tr. 12, ALJ Decision, ECF No. 12-2. After the SSA Appeals Council declined to review the decision, King appealed to this Court. The Court referred the matter to a United States Magistrate Judge, and the parties filed cross motions for summary judgment. On February 24, 2015, the magistrate judge issued a Report and Recommendation suggesting the Court grant Colvin's motion and deny King's motion. Report, ECF No. 19.

Under Civil Rule 72(b), each party had fourteen days from the date of service to file any written objections to the recommended disposition. *See* Fed. R. Civ. P. 72(b). Neither party has filed objections. De novo review of the magistrate judge's findings is therefore not required. *Id.* The Court has reviewed the file and the Report, and finds the magistrate

judge's analysis is proper. Accordingly, the Court adopts the Report's findings and conclusions, and will enter an appropriate judgment.

## ORDER

**WHEREFORE**, it is hereby **ORDERED** that the Report and Recommendation (document no. 19) is **ADOPTED**.

**IT IS FURTHER ORDERED** that the Commissioner's Motion for Summary Judgment (document no. 17) is **GRANTED**.

**IT IS FURTHER ORDERED** that King's Motion for Summary Judgment (document no. 15) is **DENIED**, and the case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: March 12, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 12, 2015, by electronic and/or ordinary mail.

s/Carol Cohron
Case Manager